UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERAME CROWE,

      Petitioner,           Case Number 2:11-CV-14529
                                   Honorable Gerald E. Rosen

JOHN PRELESNIK,

      Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Gerald E. Rosen, Chief United States District Court Judge, presiding, and in accordance with the Opinion and Order entered on May 06, 2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

Dated at Detroit, Michigan, this 6th, day of May, 2013.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

APPROVED:
                                                BY: s/Julie Owens
                                                DEPUTY CLERK

s/Gerald E. Rosen_____
HON. GERALD E. ROSEN
CHIEF JUDGE, U.S. DISTRICT COURT

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2013, by electronic and/or ordinary mail.

                            S/Julie Owens_____
                            Case Manager, (313) 234-5135