UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERAME CROWE,

        Petitioner,                        No. 11-14529

vs.                                         Hon. Gerald E. Rosen

JOHN PRELESNIK,

        Respondent.
_____/

ORDER DENYING PETITIONER'S MOTION FOR
EXTENSION OF TIME AS MOOT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on May 28, 2013

PRESENT: Honorable Gerald E. Rosen
United States District Chief Judge

      This matter is presently before the Court on Petitioner Jerame Crowe's May 16, 2013 "Motion for Extension of Time to File Objection to Opinion and Order and Certificate of Appealability" [Dkt. #14]. Plaintiff requests a 30-day extension of the 14-day time limit set forth in 28 U.S.C. § 636(b)(1)(B) to file objections to the Court's May 6, 2013 Opinion and Order denying Crowe's Petition for a Writ of Habeas Corpus and denying him a Certificate of Appealability. However, § 636 only applies to Reports and Recommendations issued by Magistrate Judges. It does not apply to Opinions and Orders, such as in this case, that are issued by Article III Judges. There is no provision in the federal statutes or in the Federal Rules of Civil Procedure for a party to file objections

to an Opinion and Order. Therefore,

IT IS HEREBY ORDERED that Petitioner's May 16, 2013 Motion for Extension of Time is DENIED, as MOOT.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: May 28, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135